# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0926

———————————————

BROWARD COUNTY BOARD OF
COUNTY COMMISSIONERS and
SAFETY NATIONAL,

    Appellants/Cross-Appellees,

    v.

ANDY AGENOR,

    Appellee/Cross-Appellant.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Daniel A. Lewis, Judge.

Date of Accident: October 23, 2017.

August 10, 2026

PER CURIAM.

    DISMISSED.

ROBERTS, RAY and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Diane H. Tutt and Conroy Simberg, Hollywood, for Appellants/Cross-Appellees.

Kenneth B. Schwartz of Gordon and Partners, P.A., Palm Beach Gardens, for Appellee/Cross-Appellant.